FILED
2023 Oct-26  PM 01:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/BTB: Nov 2023
GJ #3

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **Case No.:** |
| | ) |
| **COURDARIUS LAMONT HALL** | ) |
| *also known as "Skinny"* | ) |

### INDICTMENT

### COUNT ONE
**Distribution of Methamphetamine and Fentanyl**
**[21 U.S.C. § 841(a)(1), (b)(1)(B), and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 27th day of April, 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**COURDARIUS LAMONT HALL**
***also known as "Skinny,"***

did knowingly and intentionally distribute a controlled substance, such offense involving five (5) grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code Sections 841(a)(1) and (b)(1)(B), and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propenamide, more commonly referred to as "fentanyl," a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO
### Distribution of Methamphetamine and Fentanyl
### [21 U.S.C. § 841(a)(1), (b)(1)(B), and (b)(1)(C)]

The Grand Jury charges that:

On or about the 17th day of May, 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

### COURDARIUS LAMONT HALL
### *also known as "Skinny,"*

did knowingly and intentionally distribute a controlled substance, such offense involving five (5) grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code Sections 841(a)(1) and (b)(1)(B), and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propenamide, more commonly referred to as "fentanyl," a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE
### Distribution of Methamphetamine and Fentanyl
### [21 U.S.C. § 841(a)(1), (b)(1)(B), and (b)(1)(C)]

The Grand Jury charges that:

On or about the 24th day of May, 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

### COURDARIUS LAMONT HALL
### *also known as "Skinny,"*

did knowingly and intentionally distribute a controlled substance, such offense involving five (5) grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code Sections 841(a)(1) and (b)(1)(B), and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propenamide, more commonly referred to as "fentanyl," a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT FOUR
**Possession with Intent to Distribute Methamphetamine and Fentanyl**
**[21 U.S.C. § 841(a)(1) and (b)(1)(A)]**

The Grand Jury charges that:

On or about the 25th day of May, 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**COURDARIUS LAMONT HALL**
*also known as "Skinny,"*

did knowingly and intentionally possess with the intent to distribute a controlled substance, such offense involving fifty (50) grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propenamide, more commonly referred to as "fentanyl," a controlled substance, in violation of Title 21, United States Code,

Sections 841(a)(1) and (b)(1)(C).

## COUNT FIVE
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### [18 U.S.C. § 924(c)(1)(A)(i) and (c)(1)(B)(ii)]

The Grand Jury charges that:

On or about the 25th day of May, 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

### COURDARIUS LAMONT HALL
### *also known as "Skinny,"*

did knowingly possess a firearm, that is, a Glock .40 caliber pistol with a Glock conversion device installed enabling it to fire automatically more than one shot, without manual reloading, by a single function of the trigger, said firearm being a "machinegun" as defined in Title 26, United States Code, Section 5845, a Draco .223 caliber firearm and a Heritage Arms .22 magnum revolver, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the drug trafficking offense alleged in Count Four of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and (c)(1)(B)(ii).

## COUNT SIX
### Possession of a Machine Gun
### [18 U.S.C. § 922(o) and 924(a)(2)]

The Grand Jury charges that:

On or about the 25th day of May 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

### COURDARIUS LAMONT HALL
### *also known as "Skinny,"*

did knowingly possess a machinegun, that is, a Glock .40 caliber pistol with a Glock conversion device installed enabling it to fire automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## FIRST NOTICE OF FORFEITURE
### [18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]

1.     The allegations contained in Counts One through Six of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.     Upon conviction of any offense charged in Counts One through Three of this Indictment, the defendant, **COURDARIUS LAMONT HALL** also known as "Skinny," shall forfeit to the United States of America, pursuant

to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms, magazines, and ammunition involved in or used in the commission of the offenses, including, but not limited to**, a Draco .223 caliber firearm, with serial number DB6921; Glock .40 caliber SN SDK683; a Heritage Arms .22 Magnum Revolver SN M17168.**

## SECOND NOTICE OF FORFEITURE
### [21 U.S.C. § 853]

1.      The allegations contained in Counts One through Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2.      Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant, **COURDARIUS LAMONT HALL**, also known as "Skinny," shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.  The property to be forfeited includes, but is not limited to, the following: **$16,262.00 in United States Currency, a Draco .223 caliber firearm, with serial number DB6921;**

**Glock .40 caliber SN SDK683; a Heritage Arms .22 Magnum Revolver SN**

**M17168.**

3.    If any of the property described above, as a result of any act or

omission of the defendant[s]:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be

          divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to Title 21, United States Code, Section 853(p).


A TRUE BILL

*/s/Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                     PRIM F. ESCALONA
                                     United States Attorney


                                     */s/Electronic Signature*
                                     BRITTANY T. BYRD
                                     Assistant United States Attorney